UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARROT S.A. and PARROT DRONES S.A.S., <br><br> Plaintiffs, <br><br> vs. <br><br> GABRIEL TORRES, an individual, <br><br> Defendant. | No. 2:18-cv-867 <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL UNREDACTED COMPLAINT |

On June 14, 2018, Plaintiffs filed a Motion to Seal Unredacted Complaint. The Motion pertained to confidential and sensitive information in the Complaint. Pursuant to LCR 5(g), Plaintiffs filed a redacted version of the Complaint on the public docket and an unredacted version of the Complaint under seal.

Having considered Plaintiffs' Motion, the Declaration of Stephen P. Ormond in support of the Motion and the exhibit thereto, and the applicable law, pursuant to LCR 5(g):

IT IS HEREBY ORDERED that Plaintiffs' Motion to Seal Unredacted Complaint is GRANTED and the unredacted version of the Complaint filed under seal on June 14, 2018, shall remain sealed.

DATED this 17th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO SEAL COMPLAINT- 1
(2:18-cv-867)
4818-9229-2713v.1 0111599-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax