Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARROT S.A. and PARROT DRONES S.A.S., <br><br> Plaintiffs, <br><br> vs. <br><br> GABRIEL TORRES, an individual, <br><br> Defendant. | No. 2:18-cv-00867-RSL <br><br> [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL UNREDACTED FIRST AMENDED COMPLAINT** |

On July 24, 2018, Plaintiffs filed a Motion to Seal Unredacted First Amended Complaint. The Motion pertains to confidential and sensitive information in the First Amended Complaint. Pursuant to LCR 5(g), Plaintiffs filed a redacted version of the First Amended Complaint on the public docket and an unredacted version of the First Amended Complaint under seal.

Having considered Plaintiffs' Motion, the Declaration of Matthew R. Jedreski in support of the Motion, the Court's prior order granting Plaintiffs' Motion to Seal Unredacted Complaint, and the applicable law, pursuant to LCR 5(g):

/

/

/

ORDER GRANTING MOTION TO SEAL FAC
(2:18-cv-00867-RSL) - 1
4813-1776-1646v.1 0111599-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

IT IS HEREBY ORDERED that Plaintiffs' Motion to Seal Unredacted First Amended Complaint is GRANTED and the unredacted version of the First Amended Complaint filed under seal on July 24, 2018, shall remain sealed.

DATED this 7th day of August, 2018.

_____
HON. ROBERT S. LASNIK

Presented by:

Davis Wright Tremaine LLP
Attorneys for Plaintiff Parrot S.A. and
Parrot Drones S.A.S.

By: s/Brendan T. Mangan
    Brendan T. Mangan, WSBA #17231
    Gregory A. Hendershott, WSBA #27838
    Matthew Jedreski, WSBA #50542
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: 206-622-3150
Fax: 206-757-7700
Email: brendanmangan@dwt.com
Email: gregoryhendershott@dwt.com
Email: mjedreski@dwt.com

ORDER GRANTING MOTION TO SEAL FAC
(2:18-cv-00867-RSL) - 2
4813-1776-1646v.1 0111599-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax