# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PARROT S.A. and PARROT DRONES S.A.S., <br><br> Plaintiffs, <br><br> v. <br><br> GABRIEL TORRES, an individual, <br><br> Defendant. | Case No. 2:18-CV-00867-RSL <br><br> ORDER GRANTING MOTION TO SEAL |
| GABRIEL TORRES, <br><br> Counterclaim and Third-Party Plaintiff, <br><br> v. <br><br> PARROT S.A., PARROT DRONES S.A.S., MICASENSE, INC., GILLES LABOSSIERE, and HENRY SEYDOUX, <br><br> Counter-Claim/Third-Party Defendants. | |

This matter comes before the Court on third-party defendant MicaSense, Inc.'s ("MicaSense") motion to seal the unredacted version of its opposition to Gabriel Torres's motion for partial summary judgment regarding advancement of expenses. Dkt. #26.

ORDER - 1

There is a "strong presumption of public access to the court's files." LCR 5(g). A party moving to seal must therefore demonstrate "good cause." *Hanson v. Wells Fargo Home Mortg., Inc.*, No. C13-0939JLR, 2013 WL 5674997, at *2 (W.D. Wash. Oct. 17, 2013).

This litigation concerns in part certain representations made by defendant Gabriel Torres to plaintiff Parrot S.A. ("Parrot"). In October 2015, Mr. Torres was sued by a former employer, AeroVironment, Inc. Mr. Torres, MicaSense, and Parrot entered into a joint representation with Parrot's counsel, so that Mr. Torres could communicate with Parrot about the lawsuit. MicaSense has redacted the portions of its opposition to Mr. Torres's motion for partial summary judgment that pertain to these communications. Dkt. #23.

These portions contain confidential and sensitive information protected by the attorney-client privilege. We "generally accept attorney-client privilege … as a compelling reason justifying a motion to seal." *WatchGuard Techs., Inc. v. iValue Infosolutions Pvt. Ltd.*, No. C15-1697-BAT, 2017 WL 3581624, at *2 (W.D. Wash. Aug. 18, 2017) (Internal citation and quotation marks omitted). This Court has already permitted similar portions to be redacted from the Complaint, *see* Dkt. #1, 10, and First Amended Complaint. *See* Dkt. #11, 17.

For all of the foregoing reasons, MicaSense's motion is GRANTED. The unredacted version of its opposition to Mr. Torres's motion for partial summary judgment, filed on September 10, 2018, shall remain sealed.

DATED this 12th day of October, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 2