The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PARROT S.A. and PARROT DRONES S.A.S., <br><br> Plaintiffs, <br><br> v. <br><br> GABRIEL TORRES, an individual, <br><br> Defendant. | NO.   2:18-cv-00867-RSL <br><br> **STIPULATION AND [*PROPOSED*] ORDER OF DISMISSAL WITH PREJUDICE** |
| GABRIEL TORRES, <br><br> Counterclaim and Third-Party Plaintiff, <br><br> v. <br><br> PARROT S.A., a French corporation; PARROT DRONES S.A.S., a French corporation; MICASENSE, INC., a California corporation; GILLES LABOSSIERE, an individual; and HENRI SEYDOUX, an individual, <br><br> Counterclaim / Third-Party Defendants. | |

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 1
(No. 2:18-cv-00867-RSL)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## I.   STIPULATION

Plaintiffs and Counterclaim Defendants Parrot S.A. and Parrot Drones S.A.S, and Third-Party Defendants MicaSense, Inc., Gilles Labossière, and Henri Seydoux, and Defendants and Counterclaim/Third-Party Plaintiff Gabriel Torres, by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1. On October 11, 2018, counsel advised the Court of a settlement by mediation and that the parties would advise the court when the settlement was accomplished.

2. The settlement has now been accomplished. Accordingly, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned matter, including all claims, counterclaims and third-party claims asserted therein, shall be dismissed with prejudice and without an award of attorneys' fees or costs to any party.

RESPECTFULLY SUBMITTED this 8th day of November, 2018.

| **DAVIS WRIGHT TREMAINE LLP** | **SAVITT BRUCE & WILLEY LLP** |
|---|---|
| By /s/ Brendan T Mangan [email authorization]<br>Brendan T. Mangan, WSBA #17231<br>Gregory A. Hendershott, WSBA #27838<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101<br>Tel: (206) 757-8260<br>brendanmangan@dwt.com<br>gregoryhendershott@dwt.com | By /s/ Stephen C. Willey<br>Stephen C. Willey, WSBA #24499<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA 98101<br>Tel: (206) 749-0500<br>swilley@sbwllp.com<br><br>*Attorneys for Gabriel Torres* |

*Attorneys for Parrot S.A., Parrot Drones, S.A.S., MicaSense, Inc., Gillies Labossière, and Henri Seydoux*

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 2
(No. 2:18-cv-00867-RSL)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## II. ORDER

Based on the foregoing stipulation by the named parties, all of whom have appeared, and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned matter, including all claims, counterclaims and third-party claims asserted therein, is hereby dismissed with prejudice and without attorneys' fees, litigation expenses, or costs to any party.

It is so **ORDERED**.

Dated: Nov. 13, 2018.

_____
The Honorable Robert S. Lasnik

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 3
(No. 2:18-cv-00867-RSL)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500